UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL DE JESUS DIAZ MARTINEZ,

Petitioner,

-against-

KEN GENALO, Acting Field Office Director,
New York City Field Office, Enforcement and
Removal Operations, U.S. Immigration and
Customs Enforcement; DAVID J.
VENTURELLA, Senior Official Performing
the Duties of the Director of U.S. Immigration
and Customs Enforcement; MARKWAYNE
MULLIN, Secretary, Department of
Homeland Security; TODD BLANCHE,
Acting Attorney General of the United States,

Respondents.

Case No. 1:26-cv-05743 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On July 6, 2026, Petitioner Manuel de Jesus Diaz Martinez ("Petitioner") was detained

by Immigration and Customs Enforcement ("ICE").  On July 7, 2026, Petitioner filed a Petition

for Writ of Habeas Corpus, challenging the lawfulness of his ICE detention and seeking his

immediate release from custody or a constitutionally adequate bond hearing.  Dkt. 1.  The Court

is in receipt of Respondents' July 16, 2026 letter and attached Order of the Immigration Judge,

Dkt. 9-1.  Petitioner shall respond to the Respondents' July 16, 2026 letter in their reply.

Dated:  July 16, 2026
        New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge