UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL DE JESUS DIAZ MARTINEZ,
Petitioner,

-against-

KEN GENALO, Acting Field Office Director, New York City Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; DAVID J. VENTURELLA, Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary, Department of Homeland Security; TODD BLANCHE, Acting Attorney General of the United States,
Respondents.

Case No. 1:26-cv-05743 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On July 6, 2026, Petitioner Manuel de Jesus Diaz Martinez ("Petitioner") was detained by Immigration and Customs Enforcement ("ICE"). On July 7, 2026, Petitioner filed a Petition for Writ of Habeas Corpus, challenging the lawfulness of his ICE detention and seeking his immediate release from custody or a constitutionally adequate bond hearing. Dkt. 1. The Court is in receipt of Respondents' July 16, 2026 letter and attached Order of the Immigration Judge, Dkt. 9-1. Petitioner shall respond to the Respondents' July 16, 2026 letter in his reply. IT IS HEREBY ORDERED Petitioner shall reply by **July 24, 2026**.

IT IS FURTHER ORDERED that the conference in this matter, previously scheduled for **July 27, 2026,** at **10:00 a.m.**, is RESCHEDULED for **July 28, 2026,** at **10:00 a.m.** in

Courtroom 20B of the Daniel Patrick Moynihan, 500 Pearl Street, New York, New York, 10007. **Respondents shall produce Petitioner at the conference**.

Dated: July 22, 2026
New York, New York

SO ORDERED.

Jennifer Rochon
JENNIFER L. ROCHON
United States District Judge