UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL DE JESUS DIAZ MARTINEZ,

Petitioner,

-against-

KEN GENALO, ACTING FIELD OFFICE DIRECTOR, NEW YORK CITY FIELD OFFICE, ENFORCEMENT AND REMOVAL OPERATIONS, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, SENIOR OFFICIAL PERFORMING THE DUTIES OF THE DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MARKWAYNE MULLIN, SECRETARY, DEPARTMENT OF HOMELAND SECURITY; TODD BLANCHE, ACTING ATTORNEY GENERAL OF THE UNITED STATES.,

Respondents.

26 CIVIL 05743 (JLR)

# **JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated July 28, 2026, Diaz Martinez's habeas petition, Dkt. 1, is GRANTED in part and DENIED in partPetitioner was arrested and initially detained in the Second Circuit. This Court continues to have jurisdiction over his habeas petition. See ztürk v. Hyde, 136 F.4th 382, 391 (2d Cir. 2025). The Court ORDERS that Petitioner, detained under 8 U.S.C. § 1226(a) in accordance with Barbosa da Cunha v. Freden, 175 F.4th 61, 96 (2nd Cir. 2026), is entitled to a bond hearing before an immigration judge. Given Petitioner's request for two weeks to prepare for such a hearing, between August 11, 2026 and August 18, 2026, an immigration judge must either (1) hold a bond hearing at which the government bears the burden of proving, by clear and convincing evidence, that Petitioner is a danger to the community or a flight risk, or (2) release Petitioner. In determining whether to grant bond, the immigration judge must consider, on the

record, the availability of alternative conditions of release; in determining the amount of any bond imposed, the immigration judge shall consider the Petitioners ability to pay. Respondents must submit a status letter to the Court after that bond hearing has been conducted or Petitioner has been released. It is further ORDERED that Petitioner shall have access to, and possession of, his legal documents while detained; accordingly, the case is closed.

**Dated:** New York, New York
July 30, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**